# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand twenty-five.

Before:   Debra Ann Livingston,
       *Chief Judge*,
     Richard J. Sullivan,
     Steven J. Menashi,
       *Circuit Judges*.

---

Jesse Sherman, Arlette Sherman,

  Lead Plaintiffs - Appellants,

PAMCAH-UA Local 675 Pension Fund,

  Movant - Appellant,

Michael Francisco, Individually and on behalf of all others similarly situated,

  Plaintiff,

Daniel LaMoureaux, Individually and on behalf of all others similarly situated,

  Consolidated - Plaintiff,

v.

Abengoa, S.A., Manuel Sanchez Ortega, Canaccord Genuity Inc., HSBC Securities (USA) Inc., Merrill Lynch International, Société Générale,

  Defendants - Appellees,

Santiago Seage, Barbara Zubiria, Ignacio Garcia Alvear, Alicia Velarde Valiente, Banco Santander, S.A., Carlos Sundheim Losada, Christopher Hansmeyer, Claudi Santiago Ponsa, Enrique Borrajo Lovera, Felipe Benjumea Llorente, Fernando Solis

**JUDGMENT**

Docket No. 22-2438

Martinez-Campos, Ignacio Solis Guardiola, Javier Benjumea Llorente, Jesus Garcia-Quilez Gomez, Jose B. Terceiro, Jose Borrell Fontelles, Jose Joaquin Abaurre Llorente, Jose Luis Aya Abaurre, Maria Teresa Benjumea Llorente, Ricardo Martinez Rico,

   Defendants.

_____

  The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, REVERSED in part, and VACATED in part.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court